NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PAULA REYNOLDS, JAMES NEAL,
JR., and JOSEPH A. DAVIDSON, as
executor of the Estate of Vicki
Davidson, deceased,

        Appellants,

v.

RAYMOND DONELSON,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D18-4602

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Pinellas
County; Pamela A.M. Campbell, Judge.

Ted J. Starr of Starr Law Offices, P.A.,
Pinellas Park; and Edward S. Monohan,
V of Monohan & Blankenship, Florence,
Kentucky, for Appellants.

James R. Nieset of James R. Nieset,
P.A., St. Petersburg; and Elizabeth G.
Mansfield of Carnal & Mansfield, P.A.,
St. Petersburg, for Appellee.

PER CURIAM.

        Affirmed.

VILLANTI, MORRIS, and SALARIO, JJ., Concur.